

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2019

No. 04-17-00810-CV

**CODY, TEXAS, L.P.**,
Appellant

v.

**BPL EXPLORATION, LTD.**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,665
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

On July 23, 2018, this appeal was set for on briefs submission before a panel consisting of Justice Karen Angelini, Justice Marialyn Barnard, and Justice Irene Rios. It is **ORDERED** that the prior submission of this panel is **WITHDRAWN**, and this appeal will be set for formal submission on a later date.

Entered this 28th day of March, 2019.

**PER CURIAM**

Attested to: _____
KEITH E. HOTTLE,
Clerk of Court